# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

**Debtor:** GigaBeam Corporation
**Case Number:** 09-13113-MFW **Chapter:** 11
**Date / Time / Room:** TUESDAY, OCTOBER 27, 2009 09:30 AM CRT#4, 5TH FL.
**Bankruptcy Judge:** MARY F. WALRATH
**Courtroom Clerk:** LAURIE CAPP
**Reporter / ECR:** BRANDON MCCARTHY

## Matter:

Sale
**R / M #:** 85 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
 Item 1 - Continued
 Item 2 - Order entered