## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 09-13113 (MFW) |
| GigaBeam Corp.,[1] | : | |
| | : | |
| | : | |
| Debtor. | : | **Hearing Date: November 19, 2009 at 4:00 p.m. (EST)** |
| | : | **Objection Deadline: October 12, 2009 at 4:00 p.m. (EST)** |

## RE-NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 24, 2009, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the **Motion of the Debtor Pursuant to Section 365 of the Bankruptcy Code for Rejection of Executory Contracts *Nunc Pro Tunc* to September 24, 2009** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). You were previously served with the Motion.

PLEASE TAKE FURTHER NOTICE that a hearing (the "Hearing") on the relief requested in the Motion has been scheduled before the Honorable Mary F. Walrath in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, DE 19801 on **November 19, 2009 at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that objections to the Motion were due on **October 12, 2009 at 4:00 p.m.** (Eastern Time). No objections were filed to the Motion.

---

[1] The Debtor is GigaBeam Corporation, tax identification number **-***7757.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court may grant the relief sought in the Motion without further notice or a hearing.

Dated: October 27, 2009  
Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Mary E. Augustine*
Daniel K. Astin (No. 4068)
Anthony M. Saccullo (No. 4141)
Mary E. Augustine (No. 4477)
Carl D. Neff (No. 4895)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
dastin@ciardilaw.com
asaccullo@ciardilaw.com
maugustine@ciardilaw.com
cneff@ciardilaw.com

*Attorneys for the Debtors*