## Schedule 2.3(e)

### Identified Liabilities and Obligations of Seller

**Employee Reimbursement Expenses**

| Employee/ Contractor | Invoice Date | Description | Expense Reimbursement |
|---|---|---|---|
| Barton, Shane | 8/21/2009 | EXP RPT 8/21/09 | $     263.39 |
| **Barton, Shane Total** | | | **263.39** |
| | | | |
| Breland, Tony | 7/4/2009 | EXP RPT 6/28-7/4/09 | 2,046.21 |
| Breland, Tony | 7/11/2009 | EXP RPT 07/05-07/11/09 | 5,119.90 |
| **Breland, Tony Total** | | | **7,166.11** |
| | | | |
| Carey, Bill | 5/16/2009 | EXP RPT 5/10-5/16/09 | 105.15 |
| Carey, Bill | 5/23/2009 | EXP RPT 05/17-05/23/09 | 526.28 |
| Carey, Bill | 5/30/2009 | 5/24-5/30/09 | 619.04 |
| Carey, Bill | 6/13/2009 | EXP RPT 6/7-6/13/09 | 238.17 |
| Carey, Bill | 6/20/2009 | EXP RPT 6/14-6/20/09 | 532.22 |
| Carey, Bill | 6/27/2009 | EXP RPT 6/21-6/27/09 | 98.83 |
| Carey, Bill | 7/11/2009 | EXP RPT 07/05-07/11/09 | 804.71 |
| Carey, Bill | 8/1/2009 | EXP RPT 7/19-7/25/09 | 222.23 |
| Carey, Bill | 8/14/2009 | PAYROLL 081409 | 2,335.85 |
| **Carey, Bill Total** | | | **5,482.48** |
| | | | |
| Golding, John | 4/1/2009 | 3/6-3/21/09 | |
| Golding, John | 4/17/2009 | 4/4-4/18/09 | |
| Golding, John | 6/20/2009 | EXP RPT 6/14-6/20/09 | 1,632.62 |
| Golding, John | 6/27/2009 | EXP RPT 6/21-6/27/09 | 94.54 |
| Golding, John | 7/4/2009 | EXP RPT 6/28-7/4/09 | 2,266.83 |
| Golding, John | 7/11/2009 | EXP RPT 7/5-7/11/09 | 114.21 |
| Golding, John | 7/18/2009 | EXP RPT 7/12-7/18/09 | 95.49 |
| Golding, John | 7/24/2009 | 7/10-7/24/09 | |
| Golding, John | 8/8/2009 | EXP RPT 8/2-8/8/09 | 87.94 |
| **Golding, John Total** | | | **4,291.63** |
| | | | |
| Hinton, Mike | 5/31/2009 | 5/12-5/19/09 | 470.35 |
| **Hinton, Mike Total** | | | **470.35** |
| | | | |
| Huffman, Jim | 8/12/2009 | EXP RPTS JUN/JUL 2009 | 277.56 |
| **Huffman, Jim Total** | | | **277.56** |
| | | | |
| Kennett, James | 1/26/2008 | EXP RPT 1/20-1/26/08 | 27.84 |
| Kennett, James | 2/9/2008 | EXP RPT 2/3-2/9/08 | 249.37 |
| Kennett, James | 2/23/2008 | EXP RPT 2/17-2/23/08 | 309.46 |
| Kennett, James | 3/1/2008 | EXP RPT 2/24-3/1/08 | 694.89 |
| Kennett, James | 3/22/2008 | EXP RPT 03/16-3/22/08 | 175.00 |
| Kennett, James | 5/3/2008 | EXP RPT 04/27-5/3/08 | 144.96 |
| Kennett, James | 5/10/2008 | EXP RPT 05/04-05/10/08 | 58.22 |

| | | | |
|---|---|---|---|
| Kennett, James | 6/7/2008 | EXP RPT 6/1-6/7/08 | 430.00 |
| Kennett, James | 6/21/2008 | EXP RPT 6/15-6/21/08 | 1,112.11 |
| Kennett, James | 6/28/2008 | EXP RPT 06/22-06/28/08 | 2,638.09 |
| Kennett, James | 9/6/2008 | EXP RPT 8/31-9/6/08 | 199.41 |
| Kennett, James | 9/27/2008 | EXP RPT 9/21-9/27/08 | 96.43 |
| Kennett, James | 10/6/2008 | EXP RPT 9/30-10/06/08 | 474.62 |
| Kennett, James | 11/8/2008 | EXP RPT 11/2-11/08/08 | 370.57 |
| Kennett, James | 12/6/2008 | EXP RPT 11/30-12/06/08 | 413.29 |
| Kennett, James | 1/20/2009 | EXP RPT 1/14-1/20/09 | 398.38 |
| Kennett, James | 2/4/2009 | 1/24-2/6/09 | |
| Kennett, James | 2/7/2009 | EXP RPT 2/1-2/7/09 | 645.51 |
| Kennett, James | 2/18/2009 | 2/7-2/20/09 | |
| Kennett, James | 2/28/2009 | EXP RPT 02/22-2/28/09 | 2,512.60 |
| Kennett, James | 3/4/2009 | 2/21-3/6/09 | |
| Kennett, James | 3/14/2009 | EXP RPT 03/08-3/14/09 | 98.50 |
| Kennett, James | 3/18/2009 | 3/7-3/20/09 | |
| Kennett, James | 3/31/2009 | EXP RPT 03/25-03/31/09 | 34.00 |
| Kennett, James | 4/1/2009 | 3/21-4/3/09 | |
| Kennett, James | 4/15/2009 | 4/4-4/17/09 | |
| Kennett, James | 4/29/2009 | 4/18-5/1/09 | |
| Kennett, James | 4/30/2009 | EXP RPT 4/24-4/30/09 | 828.00 |
| Kennett, James | 5/13/2009 | 5/2-5/15/09 | |
| Kennett, James | 5/15/2009 | EXP RPT 5/9-5/15/09 | 91.00 |
| Kennett, James | 5/27/2009 | 5/16-5/29/09 | |
| Kennett, James | 6/10/2009 | 5/30-6/12/09 | |
| Kennett, James | 6/24/2009 | 6/13-6/26/09 | |
| Kennett, James | 8/12/2009 | EXP REPORTS 2008-09 | 17,728.13 |
| **Kennett, James Total** | | | **29,730.38** |
| Lawrence, Jay | 10/24/2008 | EXP RPT 10/18 - 10/24/08 | 1,303.80 |
| Lawrence, Jay | 5/23/2009 | EXP RPT 5/17-5/23/09 | 7,393.87 |
| Lawrence, Jay | 5/30/2009 | EXP RPT 5/24-5/30/09 | 238.21 |
| Lawrence, Jay | 8/12/2009 | EXP RPT 070409 | 710.40 |
| Lawrence, Jay | 8/12/2009 | EXP RPT 072509 | 1,168.91 |
| Lawrence, Jay | 8/12/2009 | EXP RPT 52309 | 326.44 |
| Lawrence, Jay | 8/12/2009 | EXP RPT APR-JUL 09 MISC | 636.45 |
| **Lawrence, Jay Total** | | | **11,778.08** |
| Lockie, Doug | 7/31/2009 | EXP RPTS 2008 -MAY 2009 | 17,659.68 |
| **Lockie, Doug Total** | | | **17,659.68** |
| Towers, Nigel | 12/8/2007 | EXPENSE REPORT | 1,552.38 |
| Towers, Nigel | 12/15/2007 | EXPENSE REPORT | 2,663.46 |
| Towers, Nigel | 1/11/2008 | EXPENSE REPORT | 1,638.05 |
| Towers, Nigel | 1/19/2008 | EXPENSE REPORT | 1,880.32 |
| Towers, Nigel | 1/25/2008 | EXPENSE REPORT | 2,877.73 |
| Towers, Nigel | 1/31/2008 | EXPENSE REPORT | 1,465.34 |
| Towers, Nigel | 2/29/2008 | EXPENSES 2/10-2/16/2008 | 4,926.15 |

795908-4

| | | | |
|---|---|---|---|
| Towers, Nigel | 3/15/2008 | EXP REPORT 3/9-3/15/2008 | 2,163.46 |
| Towers, Nigel | 4/5/2008 | EXP RPT 4/1/08-4/5/08 | 699.02 |
| Towers, Nigel | 4/12/2008 | EXP RPT 4/6 - 4/12/08 | 1,428.88 |
| Towers, Nigel | 4/26/2008 | EXP RPT 4/20-4/26/08 | 2,182.14 |
| Towers, Nigel | 7/5/2008 | EXP RPT 6/29 - 7/5/08 | 1,863.64 |
| Towers, Nigel | 1/2/2009 | EXP RPT 12/28/08 - 1/3/09 | 1,002.31 |
| Towers, Nigel | 1/10/2009 | EXP RPT 1/4 - 1/10/09 | 1,743.68 |
| Towers, Nigel | 2/7/2009 | EXPENSE REPORT THRU 2/7/09 | 1,442.45 |
| Towers, Nigel | 3/7/2009 | EXP RPT 3/1-3/7/09 | 1,462.96 |
| Towers, Nigel | 3/14/2009 | EXP RPT 3/8-3/14/09 | 604.68 |
| Towers, Nigel | 3/21/2009 | EXP RPT 3/15-3/21/09 | 439.27 |
| Towers, Nigel | 3/28/2009 | EXP RPT 3/22-3/28/09 | 169.83 |
| Towers, Nigel | 4/4/2009 | EXP RPT 3/29-4/4/09 | 1,172.81 |
| Towers, Nigel | 4/11/2009 | EXP RPT 4/5-4/11/09 | 614.51 |
| Towers, Nigel | 4/11/2009 | 3/28-4/10/09 | |
| Towers, Nigel | 5/16/2009 | 5/10--5/16/09 | 205.94 |
| Towers, Nigel | 6/1/2009 | EXP RPT 5/24-5/30/09 | 265.18 |
| Towers, Nigel | 6/1/2009 | EXP RPT 5/17-5/23/09 | 242.13 |
| Towers, Nigel | 6/6/2009 | 6/1-6/6/9 | 1,618.27 |
| Towers, Nigel | 6/13/2009 | EXP RPT 06/07-06/13/09 | 360.12 |
| Towers, Nigel | 6/20/2009 | EXP RPT 6/14-6/20/09 | 281.58 |
| Towers, Nigel | 6/23/2009 | 6/6-6/19/09 | |
| Towers, Nigel | 7/4/2009 | EXP RPT 06/28-07/04/09 | 1,111.08 |
| Towers, Nigel | 7/6/2009 | 6/20-7/3/09 | |
| Towers, Nigel Total | | | 42,951.96 |
| Grand Total | | | $115,197.03 |

## Schedule 2.5(a)

### Assignable Contracts

- Reseller Agreement by and between Building Defense Systems WLL and GigaBeam Corporation 6/23/2008

- Reseller Agreement by and between Building Technology Solutions, LLC a.k.a BTS and GigaBeam Corporation dated 7/10/2007

- Sales Representative Agreement by and between Concord Communications Associates, Inc. (CCAI) and GigaBeam Corporation dated 11/15/2008

- Reseller Agreement by and between Convergex Technologies and GigaBeam Corporation dated 6/6/2008

- Sales Representative Agreement by and between DITSE and GigaBeam Corporation dated 3/15/2008

- Reseller Agreement by and between Flash Technology Group, LLC and GigaBeam Corporation dated 5/16/2009

- Reseller Agreement by and between Gesto Communications Spol. S.R.O. and GigaBeam Corporation dated 4/22/2008

- Reseller Agreement by and between Global Corporation Trading Limited and GigaBeam Corporation dated 7/7/2007

- Reseller Agreement by and between IQ Communications, Inc and GigaBeam Corporation 6/28/2007

- Supply Agreement by and between REMEC Broadband Wireless LLC and GigaBeam Corporation dated 3/17/2009

- Manufacturer's Representative Agreement by and between ResourceCorp and GigaBeam Corporation dated 6/1/2008

- Reseller Agreement by and between Romacces Comunicatii S.R.L. and GigaBeam Corporation dated 4/10/2008

- Sales Representative Agreement by and between SolveTech Corporation and GigaBeam Corporation dated 3/23/2008

- Reseller Agreement by and between THE-OS Ltd. and GigaBeam Corporation dated 4/31/2007

## Extended Product Service Agreements

- Purchase Order dated 7/30/09 (Invoice Number 10868) by and between Abacus Technology Corporation and GigaBeam Corporation (1 year warranty)

- Purchase Order dated 2/26/09 (Invoice Number 10659) by and between Atlantis Datacom Spol. S.R.O and GigaBeam Corporation (1 year warranty)

- Purchase Order dated 2/24/09 (Invoice Number 10660) by and between Atlantis Datacom Spol. S.R.O and GigaBeam Corporation (1 year warranty)

- Purchase Order dated 6/10/09 (Invoice Number 10476) by and between Building Technology Solutions, LLC a.k.a BTS and GigaBeam Corporation (14 month support plan)

- Purchase Order dated 7/20/2009 (Invoice Number 00133) by and between Cebec and GigaBeam Corporation

- Purchase Order dated 11/17/08 by and between City of Manteca and GigaBeam Corporation (24 month support plan)

- Purchase Order dated 7/22/2009 (Invoice Number PO/000084/2009) by and between Computer Data Networks and GigaBeam Corporation

- Purchase Order dated 7/13/2009 (PO0007978) by and between Connexion Technologies Inc. and GigaBeam Corporation (support plan)

- Purchase Order dated 7/1/2009 by and between Cornell University and GigaBeam Corporation (12 month support plan)

- Purchase Order dated 8/5/2009 (Order No. 05/01786) by and between FWA Solutions Ltd and GigaBeam Corporation (1 year support plan)

- Purchase Order dated 4/7/2009 (PO01007986) by and between Integrated Holding Group and GigaBeam Corporation (12 month support plan)

- Purchase Order dated 6/10/09 (Invoice Number 10829) by and between George Washington University and GigaBeam Corporation (12 month support plan)

- Purchase Order dated 7/01/09 (Invoice Number 10842) by and between Privatel, Inc and GigaBeam Corporation (12 month support plan)

- Purchase Order dated 2/11/09 (Invoice Number 4500230507) by and between Sanofi-Aventis U.S. and GigaBeam Corporation (Platinum support plan)

- Purchase Order dated 7/30/09 (Invoice Number 10872) by and between Selcoms and GigaBeam Corporation (1 year warranty)

- Purchase Order dated 1/18/08 (PO Number 3324) by and between Sidebands Systems and GigaBeam Corporation (12 month support plan)

• Purchase Order dated 1/26/09 (PO Number 5000054307) by and between THQ, Inc. and GigaBeam Corporation (Platinum support plan)

**Lease Agreements**

- Lease Agreement dated April 17, 2009 for 5,258 sq. ft (located in Suite H) at 4915 Prospectus Drive, Commercial Park West, Durham, NC 27713 (Commencement Date: 4/20/09; Term: 5.5 yrs. from Commencement Date)

- Lease Agreement dated August 7, 2008, as amended on July 13, 2009 for approx. 1,642 sq. ft (Suite 9) at 520 Weddell Drive, Sunnyvale, CA 94089 (Commencement Date: 8/1/08; Expiration Date: 7/31/10)

## Schedule 2.5

### Cure Schedule

| Agreement | Cure Amount |
| --- | --- |
| Lease Agreement dated August 7, 2008, as amended on July 13, 2009 for approx. 1,642 sq. ft (Suite 9) at 520 Weddell Drive, Sunnyvale, CA 94089 (Commencement Date: 8/1/08; Expiration Date: 7/31/10) | $2,857 |

**Schedule 3.1**

<u>**Aggregate Principal Amount of Pre-Petition Lenders' Debt**</u>

$4,238,701

**Schedule 4.2**

**Subsidiaries**

None

## Schedule 4.4(a)

## <u>Conflicts</u>

**None**

**Schedule 4.4(b)**

<u>**Consents**</u>

**None**

## Schedule 4.5

### Permitted Exceptions

- UCC Financing Statement filed by Agilent Financial Services, Inc. on 09/02/2004 (File No. 42548578) for various equipment manufactured by Agilent Technologies (Reference Equipment Schedule No. 00020 dated as of 8/20/04 to Master Lease Agreement dated as of 8/20/04.

- UCC Financing Statement filed by Agilent Financial Services, Inc. on 09/02/2004 (File No. 42548651) for various equipment manufactured by Agilent Technologies (Reference Equipment Schedule No. 00010 dated as of 8/20/04 to Master Lease Agreement dated as of 8/20/04.

- UCC Financing Statement filed by TRS-Rentelco on 05/22/2006 (File No. 61719061) for SMBS/LAN-3320 A 10/100/1000 GBE Card Asset # 1065340.

- UCC Financing Statement filed by TRS-Rentelco on 06/02/2006 (File No. 61880335) for AT/W8486A Power Sensor Asset # 1265326.

- UCC Financing Statement filed by Midsummer Investment, Ltd. on 07/24/2007 (File No. 72796471) for all "Collateral" as defined therein.

- UCC Financing Statement filed by Midsummer Investment, Ltd. on 07/24/2007 (File No. 72796588) for all "Collateral" as defined therein.

- UCC Financing Statement filed by Midsummer Investment, Ltd., BCMF Trustees LLC, Bushido Capital Master Fund, LP, Crescent International Ltd., Enable Growth Partners, LP, Pierce Diversified Strategy Master Fund LLC Series Bus, Pierce Diversified Strategy Master Fund LLC Series Ena, and Rockmore Investment Master Fund, on 05/06/2008 (File No. 81573797) for all "Collateral" as defined therein.

## Schedule 4.6(a)

## Material Contracts

- Business Development Consultancy & Product Representative Agreement by and between Airtrust International Systems Corporation and GigaBeam Corporation dated June 30, 2009

- Reseller Agreement by and between Alienstation and GigaBeam Corporation

- Reseller Agreement by and between Building Defense Systems WLL and GigaBeam Corporation 6/23/2008

- Distributor Agreement by and between Building Technology Solutions, LLC a.k.a BTS and GigaBeam Corporation dated 7/10/2007

- Supply Agreement by and between CarrierComm, Inc. and GigaBeam Corporation dated 2/27/2009

- Sales Representative Agreement by and between Concord Communications Associates, Inc. (CCAI) and GigaBeam Corporation dated 11/15/2008

- Reseller Agreement by and between Convergex Technologies and GigaBeam Corporation dated 6/6/2008

- Reseller Agreement by and between CSR and GigaBeam Corporation

- Distributor Agreement by and between DataMetrix and GigaBeam Corporation

- Sales Representative Agreement by and between DITSE and GigaBeam Corporation dated 3/15/2008

- Reseller Agreement by and between Elmer Communication Systems (Pty) Ltd and GigaBeam Corporation

- Distributor Agreement by and between f2tel and GigaBeam Corporation

- Reseller Agreement by and between Flash Technology Group, LLC and GigaBeam Corporation dated 5/16/2009

- Distributor Agreement by and between FWA Solutions and GigaBeam Corporation

- Reseller Agreement by and between Gesto Communications Spol. S.R.O. and GigaBeam Corporation dated 4/22/2008

- Distributor Agreement by and between GigaBeam Ireland and GigaBeam Corporation

- Reseller Agreement by and between Global Corporation Trading Limited and GigaBeam Corporation dated 7/7/2007

- Reseller Agreement by and between IMTS and GigaBeam Corporation

- Distributor Agreement by and between Innovatif Group and GigaBeam Corporation

- Reseller Agreement by and between IQ Communications, Inc and GigaBeam Corporation 6/28/2007

- Reseller Agreement by and between K&K Active Oy and GigaBeam Corporation

- Sales Representative Agreement by and between Mid-Atlantic Microwave Sales and GigaBeam Corporation

- Distributor Agreement by and between Netcons sro and GigaBeam Corporation

- Reseller Agreement by and between Omnitek Bilisim A.S. and GigaBeam Corporation

- Supply Agreement by and between REMEC Broadband Wireless LLC and GigaBeam Corporation dated 3/17/2009

- Manufacturer's Representative Agreement by and between ResourceCorp and GigaBeam Corporation dated 6/1/2008

- Distributor Agreement by and between RFTel and GigaBeam Corporation

- Reseller Agreement by and between Romacces Comunicatii S.R.L. and GigaBeam Corporation dated 4/10/2008

- Confidentiality Agreement by and between Sanofi-Synthelabo Research and GigaBeam Corporation dated 8/4/05

- Agreement for Confidentiality and For Preliminary Engineer's Estimate by and between City of Santa Clara, California, dba Silicon Valley Power and GigaBeam Corporation

- Distributor Agreement by and between Selcoms and GigaBeam Corporation

- Purchase Agreement by and between Solectek Corporation and GigaBeam Corporation dated 12/5/07

- Sales Representative Agreement by and between SolveTech Corporation and GigaBeam Corporation dated 3/23/2008

- Reseller Agreement by and between STING Broadband Pvt. Ltd and GigaBeam Corporation

- Sales Representative Agreement by and between Taiwo Adedoyin and GigaBeam Corporation dated 5/1/2006

- Reseller Agreement by and between THE-OS Ltd. and GigaBeam Corporation dated 4/31/2007

- Reseller Agreement by and between Robert Hastings and GigaBeam Corporation

- Lease Agreement dated April 17, 2009 for 5,258 sq. ft (located in Suite H) at 4915 Prospectus Drive, Commercial Park West, Durham, NC 27713 (Commencement Date: 4/20/09; Term: 5.5 yrs. from Commencement Date)

- Lease Agreement dated August 7, 2008, as amended on July 13, 2009 for approx. 1,642 sq. ft (Suite 9) at 520 Weddell Drive, Sunnyvale, CA 94089 (Commencement Date: 8/1/08; Expiration Date: 7/31/10)

## Schedule 4.6(b)

## Material Modifications of Assigned Contracts

None

**Schedule 4.6(c)**

**Non-monetary Defaults**

None

**Schedule 4.8(a)**

**Exceptions to Intellectual Property Representation**

None

## Intellectual Property

**Patents**

- **Patent No. 6,665,296:** Purchased from Social Fabric on 7/11/2005. This patent covers a sectorized 60 GHz unlicensed two way data system optimized for delivering high speed data and video to consumers and businesses in the last 1/4 or 1/2 mile. Each user would be able to access the internet or other data source at approximately 100 Mbits. GigaBeam radios are envisioned to provide the Gigabit class connectivity to each of the Social Fabric nodes. Each node would have between 6 and 20 sectors, each sector could support up to 10 or so users. The Social Fabric patent is written around 60 GHz unlicensed spectrum. Semiconductor parts suitable for consumer electronics are just becoming available at these frequencies and we anticipate some customer interest within the year.

  | | |
  |---|---|
  | Acquired From: | Social Fabrics |
  | Date Acquired: | 7/11/2005 |
  | | |
  | Patent Number: | 6,665,296 |
  | Patent Issue Date: | 12/16/2003 |
  | Patent Life | 20 Years |
  | Patent Exp. Date: | 12/16/2023 |
  | Approx Life | 215 Months |
  | Cost | $80,400 |

- **Patent No. 7423602:** Multiple-point to Multiple-point Communication System, issued 9/9/08

**Pending Patents Currently Expired**

1. Last Mile – Filed April 27, 06  Omnibus radio features kind of patent application. In other words, a lot of small features for a radio all rolled into one patent app. Includes a spherical radome for equal torque on a pole, heat pipe diode for heat removal when it is hot, heat preservation (oven) when it is cold, Gore Tech vapor shield for water build up prevention. Value to the company is improved performance at a lower cost.

2. Last Inch – Filed 11 July 05  Incorporated Power line communication in conjunction with Millimeter wave radios. We did this application to have increased leverage in a potential transaction with Telkonet (a power line communication company). Potential value is "if power line catches on" - it hasn't yet - we have a leg up on dual use.

3. Rotating Beacon – Filed 4 Aug 06  Point to multipoint low cost medium data rate (100 Mbit as opposed to Gigabit) broadcast and two way communication system. One transmitter/receiver system is shared among hundreds of users - big cost savings - using a rotating mirror to move the beam like a beacon (hence the name). Value to the company

is particularly highlighted using the 60 Ghz Social Fabric patent in conjunction with this. Low cost way to get medium data rate to business and residences. Note: millimeter wave need a beacon like beam to close the loop, as opposed to a cell phone which has a very wide beam - like a light bulb instead of a pencil beam. Value to company is ability to provide lower cost solution for medium data applications in high density environments.

4. Flip bumps -- Filed 26 Apr 06  Low cost way to implement millimeter wave circuitry, (our transmitter, receiver, and synthesizer use them) would eliminate $600 per radio - $1200 per link. Note the whole bill of material is $10K -- a 10% saving to start with. Big deal is that is gets around the Endwave patents on flip chip. Value to company is lower cost of radios and higher gross margins.

5. Sub Orbital Platform – Filed 2006  Business and technology filing - uses tower, blimps, airplanes, UAVs to provide point to point and point to multipoint communications based on millimeter wave frequencies. Potential emergency services with high data rate for HD video as well as internet and voice. Value to company - this system will help sell more radios.

6. Ice Free Radome – Filed 2006 – Internally generated heat is reflected within radome to keep radome ice free. Reduces amount of electrical power needed to melt ice. Note: often electrical power is very expensive at the ends of the earth where ice build up is a problem. Although ice challenged environments are not common, they are very price insensitive. Value to company - this system will help generate high profit sales at high (and low) latitudes- Canada, Alaska, Argentina, Nordic countries.

7. Flagpole Radio Mount -- Not yet filed  Electronic steering to help stabilize beam on a swaying and twisting (torsional instability) mount. Value to company, stimulates sales in monopole cellular applications - there are 450,000 cell sites in America and they are getting ready to upgrade to 2.5 G — reason for the 10/100 Mbit radio development - Value to the company is to gain market share in this application.

## Trademarks, Trade names, Domain Names, URLs

| Trademark, Trade name, etc | Applicable Numbers | Status |
|---|---|---|
| GigaBeam  (US) | US Patent and Trademark Registration No. 3,088,057 | Registered |
| WiFiber (not stylized) (US - supplemental registration) | US Patent and Trademark Registration No. 3,083,972 | Registered |
| WiFiber<br><br>(US – supplemental registration) | US Patent and Trademark Registration No. 3,086,879 | Registered |
| www.gigabeam.com | Owned by Louis Slaughter | In use |

| | | |
|---|---|---|
| **WiFiber** (G Series logo) | U.S. Serial No.: 78/856528 | Abandoned 3/12/08 |
| **GigaBeam** WiFiber Wireless Fiber (logo) | US Serial No. 78856508 | Abandoned 9/11/07 |
| Wi-Fiber | US Serial No. 78544195 | Abandoned 3/17/06 |
| GigaBeam – Canada | Serial No.: 1,297,177 | Abandoned |
| **WiFiber** Canada | Serial No. 1,297,178 | Abandoned |
| GigaBeam – South Africa | Trademark Application 2006/11266 | Letter re'c on 1/23/08 (year could be typo) that trademark application was accepted in the patent journal on 11/28/08 |
| WiFiber – South Africa | Trademark application 2006/11265 | Letter re'c on 1/23/08 (year could be typo) that trademark application was accepted in the patent journal on 11/28/08 |
| GigaBeam – India | Trademark Application 1473385 | Letter rec'd 1/3/08 that GigaBeam is expected to be notified in the near future |
| WiFiber – India | Trademark Application 1473386 | Letter rec'd 1/3/08 that WiFiber has been notified for opposition purpose and registration certificate may be expected in 10-12 mos. |
| GigaBeam – Qatar | Trademark Application 40535 | Letter rec'd 2/11/08 enclosing certificates of registration of trademark valid for 10 years until July 18, 2016 – fees paid (certificate in file) |
| WiFiber – Qatar | Trademark Application 40536 | Letter rec'd 2/11/08 enclosing certificates of registration of trademark valid for 10 years until July 18, 2016 – fees paid (certificate in file) |
| WIFIBER – Korea | Application No. 40-2006-0038770 | Abandoned |
| GigaBeam –Korea | Application No. 40-2006-0038772 | Abandoned |
| WiFiber – Egypt | Application No. 187890 | Last communication indicated that Egypt had refused the WiFiber trademark but that we were interested in responding – current status unknown |

| GigaBeam – Japan | Application No. 32903/2006 | GigaBeam has let the registration fees lapse |
|---|---|---|
| WiFiber - Japan | Application No. 32904/2006 | GigaBeam has let the registration fees lapse |
| GigaBeam – European community | Application No. 005007281 | Opposed by Gigabell AG on basis of registration of GIGABELL<br><br>Status unknown |
| WiFiber – European Community | Registration No. 4269106 | Registered |
| GigaBeam/WiFiber – Bahrain | Unknown | Correspondence in the file from Blank Rome indicates that application was made and that an executed power of attorney document was delivered (email to Kahl from Blank Rome August 10,2006) |
| WIFIBER – Brazil | Application No. 828667551 | Pending |
| GIGABEAM – Brazil | Application No. 828664480 | Abandoned |
| WIFIBER – China | Registration No. 5527319 | Registered |
| GigaBeam/WiFiber - Saudi Arabia | Unknown | Correspondence in the file indicates that application was made along with an executed power of attorney and that we were awaiting official filing receipt and assignment of application serial nos. (email to Kahl from Blank Rome August 10,2006) |
| WIFIBER – Mexico | Registration No. 949138 | Registered |
| WIFIBER – Mexico | Registration No. 949136 | Registered |
| GIGABEAM – Mexico | Registration No. 949139 | Registered |
| GIGABEAM – Mexico | Registration No. 949137 | Registered |
| GigaBeam – Australia | Application No. 1108307 | Registered |
| WiFiber<br><br>Australia | Application No. 1108308 | Registered |
| WiFiber II | | Term used for a product no longer produced. Cannot find if it was |

| | | trademarked |
|---|---|---|
| G1.25 | | This is a product name we have used in the past. I could not find evidence in the file of its being a registered trade name |
| G2.7 | | This is a product name we have used in the past. I could not find evidence in the file of its being a registered trade name |
| Gi-CORE | | Unregistered trade name currently used for product name– we intend to register this name post re-structuring |
| Gi-FLEX | | Unregistered trade name currently used for product name– we intend to register this name post re-structuring |
| Gi-LINX | | Unregistered trade name currently used for product name– we intend to register this name post re-structuring |
| Gi-MAX | | Unregistered trade name currently used for product name– we intend to register this name post re-structuring |
| Gi-MESH | | Unregistered trade name currently used for product name– we intend to register this name post re-structuring |
| GigaBeam Network Advantage Program | | Unregistered trade name currently used for a name of a service we offer |
| True Private Network | | Unregistered trade name currently used for the name of a wireless system made up of GigaBeam products – we intend to register this name post re-structuring |

| Certifications, Approval, etc. | Applicable Numbers, Agreements | Status/Comments |
|---|---|---|
| US Army Approval | TR No. AMSEL-IE-TI-07-051 "Millimeter wave and Free Space Optics Evaluation Report for GigaBeam" by Communication Systems Evaluation Team March | Status: "The TIC recommends the GigaBeam G1.25 WiFiber Radio for use in 13MP" |

|       |                                                                                                                                                                                                      |                                                                                                                                                                                 |
| ----- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|       | 2007                                                                                                                                                                                                  |                                                                                                                                                                                 |
| ETSI  | Associate Membership Agreement, dated November 22, 12005                                                                                                                                              | Letter and Membership Certificate in file. Agreement says that the term is for a period of three years to be automatically renewed unless intentionally terminated.             |
| FCC   | For G1.25 WiFiber product (aka Gi-CORE) a Verification Statement is on file in our server, dated December 15, 2005<br><br>For G2.7 product (never produced) a Verification Statement is also on file in our server, dated April 18, 2007 | Active for G1.25                                                                                                                                                                |
| NTIA  | U. S. Department of Commerce National Telecommunications and Information Administration (NTIA) Certification of Spectrum Support, dated September 12, 2007<br><br>Product identification: Gigabeam WiFiber G1.25 Point-to-Point Radio | Not sure – am advised by Don Peck (VP Eng & Mfr) we don't have documentation on this                                                                                            |
| CE    | For G1.25 product (aka Gi-CORE) TNO Certification Letter of Opinion is on our server, dated 9/9/06<br><br>Product identification  :<br>G1.25-F73.5-MM62.5-xx;<br>G1.25-F73.5-MM50xx;<br>G1.25-F73.5-SM9-xx<br>G1.25-F83.5-MM62.5-xx;<br>G1.25-F83.5-MM50xx;<br>G1.25-F83.5-SM9-xx | Technical Construction File is housed on our server, dated 8/21/06                                                                                                              |
| UL    |                                                                                                                                                                                                      | Not sure -am advised by Don Peck (VP Eng & Mfr) we don't have documentation on this                                                                                             |

## Unregistered Copyrights

Copyrighted Papers:

- *White Paper on GigaBeam's WiFiber™ Applications for ILEC, RLEC and Other major Carriers*, Krzywicki, John and Wells, Jonathan PhD. Copyright 2005 (copy of paper available)

- *White Paper on GigaBeam's WiFiber™ Applications for CLEC and Other Alternate Carriers*, John and Wells, Jonathan PhD. Copyright 2005 (copy of paper available)

- *White Paper on WiMAX Backhaul at 70/80 GHz*, Wells, Jonathon PhD Copyright 2006 (copy of paper available)

- *Technology Comparison White Paper WiFiber™ vs. Free Space Optics*, Wells, Jonathan PhD. Copyright 2005 (copy of paper available)

- *Technology Comparison White Paper WiFiber™ vs. Microwave Fixed Wireless*, Wells, Jonathan PhD. Copyright 2005 (copy of paper available)

- *Technology Comparison White Paper WiFiber™ vs. Fiber*, Wells, Jonathan PhD. Copyright 2005 (copy of paper available)

- *Technology Comparison White Paper WiFiber™ vs. 60 GHz Wireless*, Wells, Jonathan PhD. Copyright 2005 (copy of paper available)

- *White Paper on WiFiber™ Backhaul for Enterprise Applications*, Krzywicki, John and Wells, Jonathan PhD. Copyright 2005 (copy of paper available)

Other potentially copyrightable material:

- G1.25 Operations Manual

**Schedule 4.8(b)(ii)**

**Sublicenses to Intellectual Property**

None

## Schedule 4.9

### Permits

- Verification Statement, dated December 15, 2005 regarding WiFiber G1.25 Radio

- Verification Application Report, dated December 15, 2005 regarding WiFiber G1.25 Radio

- Verification Statement, dated April 18, 2007 regarding Model Numbers G2.7-F73.5-2xSM9-01, G2.7-F83.5-2xSM9-01, G2.7-F73.5-2xMM62.5-01, G2.7-F83.5-2xMM62.5-01, G2.7-F73.5-2xMM50-01, G2.7-F73.5-2xMM50-01.

- Letter of Opinion issued by TNO Certification B.V., dated September 9, 2006 regarding Model Numbers G1.25-F73.5-MM62.5-xx; G1.25-F73.5-MM50xx; G1.25-F73.5-SM9-xx, G1.25-F83.5-MM62.5-xx; G1.25-F83.5-MM50xx; G1.25-F83.5-SM9-xx

## Schedule 4.10

### Employee Benefit Plans

**Employee Welfare Benefit Plans**

- United Healthcare Virginia Choice Plus; Traditional - 20/100% Plan V3C (Policy Number 347726)

- Metlife MAC Comprehensive Dental; Group Dental Insurance Policy Number: TM 05737721-G; Effective Date: April 1, 2009

- Unum Life Insurance Company of America: Group Life Insurance with Accelerated Benefit and Accidental Death and Dismemberment Insurance; Identification Number: 293403 001; Effective Date March 1, 2008; Select Group Insurance Trust - Policy No. 292000

**Stock Option, Bonus, Deferred Compensation, Retention, Severance or Termination Pay Plans or Policies**

- GigaBeam Corporation 2006 Stock Option Plan

- GigaBeam Corporation 2004 Stock Option Plan, as amended

- GigaBeam Corporation Corporate Policy on Vacation/PT Accrual

- Employment Agreement with S. Jay Lawrence, President and Chief Executive Officer, dated January 31, 2008

## Schedule 4.11(a)

### Exceptions to Labor Relations Representation

None

## Schedule 4.11(b)

### Employees

| Department | Employee | Title | Date of Hire | Annual Salary | Bonuses | Last Compensation Changes/Dates |
|---|---|---|---|---|---|---|
| Engineering | Lockie, Doug | CTO | 7/12/2004 | 112,500 | | 9/26/2006 |
| Engineering | Peck, Don | VP of Mfg and Eng | 5/5/2004 | 145,688 | | 9/26/2006 |
| Engineering | Sutherland, Bob | Director of Eng | 2/1/2004 | 135,000 | | 9/26/2006 |
| G&A | Barton, Shane | Controller | 3/11/2008 | 120,000 | | 10/15/2008 |
| G&A | Lawrence, Jay | CEO | 3/20/2006 | 200,000 | 5% of "Adjusted Net Operating Income" | 1/31/2008 |
| Tech Services | Huiban, George | Tier II Support Tech | 4/6/2009 | 50,000 | | |
| Tech Services | Breland, Tony | VP Field Svc Engineering | 5/30/2006 | 165,000 | | 5/11/2008 |
| Tech Services | Dallas, Matthew | Tech Support | 10/27/2008 | 35,000 | | |
| Manufacturing | Ku, Amy | Sr. Tech. Engineer | 11/29/2004 | 105,000 | | |
| Manufacturing | Rasmussen, Jim | Engineering Assoc | 11/29/2004 | 75,000 | | |
| Manufacturing | Choi, Hyun | Sr. Tech. | 7/31/2006 | 64,008 | | |
| Manufacturing | Do, Hung | Sr. Tech. | 12/4/2005 | 62,920 | | |
| Manufacturing | Franke, Bea | Material Mgt Lead | 12/19/2005 | 91,000 | | |
| Manufacturing | Nguyen, Tiffany | Chip & Wire Assembly | 8/1/2005 | 44,200 | | |
| Sales | Carey, Bill | Managing Dir., Americas | 3/15/2006 | 80,000 | | |
| Sales | Femia, Mike | Sales Associate | 2/9/2009 | 60,000 | | |
| Sales | Kerns, Victor | Sales Associate | 2/16/2009 | 45,000 | | |
| Sales | Huffman, James | Sales Associate | 2/16/2009 | 45,000 | | |
| Sales | Hinton, Mike | VP of Worldwide Sales | 10/26/2007 | 160,000 | | 5/11/2008 |
| Sales | McCandless, Marijke | VP Corp Communications | 10/15/2008 | 101,250 | | |

### Written Employment Agreements

- Employment Agreement with S. Jay Lawrence, President and Chief Executive Officer, dated January 31, 2008

## Schedule 4.11(d)

### Key Employees

Samuel J. Lawrence, CEO

Tony Breland, VP Field Svc Engineering

Mike Hinton, VP of Worldwide Sales

Shane Barton, Controller

Don Peck, VP of Mfg and Engineering

Amy Ku, Senior Technical Engineer

Jim Rasmussen, Engineering Associate

Marijke, McCandless, VP of Corporate Communications

Bea Franke, Material Management Lead

William Carey, Managing Director, Americas

## Schedule 4.13

### Insurance Policies

| Type of insurance | Issuer | Policy # |
| --- | --- | --- |
| Commercial Package (Property Insurance/Inland Marine/General Liability/Business Automotive) | The Hartford | 14 UUN B08589 |
| International Package (Property & Casualty) | Chubb Insurance | 7021-46-00 BAL |
| Umbrella Liability | The Hartford | 14 RHU BO8553 |
| Workers Compensation | The Hartford | 14 WE IS4410 |
| Directors & Officers Liability (Primary) | XL Specialty Insurance Company | ELU105933-08 |
| Directors & Officers Liability (2nd Layer) | Federal Insurance Co. | 6804-7966 |
| Directors & Officers Liability (1st Layer) | U.S. Specialty Insurance Company | 14-MGU-08-A17093 |
| Medical | United Healthcare | 347726 |
| Dental | Metlife | TM05737721  0001 |
| Life, LT Disability & AD&D | UNUM | 0293403-001 8 |

## Schedule 4.14

### Brokers, etc, Acting for Seller

None

## Schedule 4.15

## Exceptions to Litigation Representation

*Pending Litigation and Proceedings*

1. Avnet Inc. v. GigaBeam Corporation. Warrant in Debt filed in the General District Court of the Commonwealth of Virginia, Fairfax County on February 29, 2008. Claim in the amount of approximately $9,106.

2. Boxer Freight Inc v. GigaBeam Corporation. General Court of Justice of the State of North Carolina, District Court Division - Small Claims, File No. 09CV009136. Claim in the amount of approximately $2,989 owed for goods sold and delivered.

3. Coral Reef TBC, LLC v. GigaBeam Corporation. General Court of Justice of the State of North Carolina, District Court Division - Small Claims, File No. 09CVM3201. Claim in the amount of approximately $73,621 for failure to pay rent for December, 2008 and January, 2009 through March, 2009.

4. 32 Sixth Avenue Company v. GigaBeam Corporation. Supreme Court of the State of New York, County of New York, Index No. 100865. Holdover Proceeding for premises at 32 Sixth Avenue of the Americas, "The Hub @ 32", 24th Floor, New York, New York. Claim in the amount of approximately $50,138.

5. 55 Broad Street L.P. v. GigaBeam Corporation. L& T Index No. 97179/07. Holdover Proceeding for premises at 55 Broad Street, Thirty-First Equipment Room, New York, New York. Claim in the amount of approximately $10,000.

6. 80 Pine LLC v. GigaBeam Corporation. Civil Court of the City of New York, County of New York, L& T Index No. 97180/07. Notice of Petition (Holdover Proceeding) for premises at 80 Pine Street, North Mechanical Equipment Room, 39th Floor, New York, New York, dated November 15, 2007. Claim in the amount of approximately $10,000.

7. The Executive Staffing Group, Inc. v. Gigabeam Corporation. General Court of Justice of the State of North Carolina, Superior Court Division, File No. 08CVD003382. Claim in the amount of approximately $5,786. Default Judgment entered on May 19, 2008

8. GDS Publishing, Inc. v. GigaBeam Corporation. Civil Court of the City of New York, County of New York, File No. 01672-002. Claim in the amount of approximately $16,850 due for the purchase of Premier Package for one executive to attend NGT Summit Africa and other related items.

9. Edward S. Gutman, et al. v. GigaBeam Corporation. Supreme Court of the State of New York, County of New York, Index No. 07/603122. Claims in the approximate amounts of $16,098, $10,051, $52,667, $52,778, $15,567, respectively, for each of Edward S. Gutman, HRG Trust Company, Silverman Partners Class D, Silverman Partners LP and the Gutman Family Foundation,

owed to them as 8% Senior Convertible Notes holders with respect to deferred and accrued interest on the notes upon the notes conversion between December 13, 2006 and February 17, 2007.

10. K & L Microwave, Inc. v. GigaBeam Corporation. General Court of Justice of the State of North Carolina, Wake County, File No. 09CV016552. Claims in the approximate amount of $17,308 arising from failure to pay for goods sold and delivered.

11. Lewisville Independent School District v. GigaBeam Corporation. Justice Court of the State of Texas, Denton County, Cause No. J08-479J3. Claims for approximately $1,210 for taxes due on real estate property for 2007.

12. Marcum & Kliegman, LLP v. GigaBeam Corporation. Supreme Court of the State of New York, County of Suffolk, Index No. 44784/08. Claim in the amount of approximately $75,167 owed for professional accounting, consulting, audit and tax services rendered beginning in May, 2008.

13. Porter LeVay & Rose, Inc. v. GigaBeam Corporation. Civil Court of the City of New York, County of New York, File No. 40856/08. Claim in the amount of approximately $16,645 for services rendered on December 3, 2007.

14. Robert Half International Inc. v. GigaBeam Corporation. General Court of Justice of the State of North Carolina, Wake County, File No. 09CV009633. Claim in the amount of approximately $53,589 owed for staffing services rendered. Default Judgment entered against GigaBeam Corporation on July 29, 2009.

15. Trilogy Capital Partners Inc. v. GigaBeam Corporation. Superior Court of the State of California, County of Los Angeles, SC 99852. Claim in the amount of approximately $50,428 owed for plaintiff's services in devising a marketing plan, pursuant to a Letter of Engagement, dated June 29, 2007.

16. Triquint Semiconductor, Inc. v. GigaBeam Corporation. Warrant in Debt filed in the General District Court of the Commonwealth of Virginia, Fairfax County on July 2, 2009. Claim in the amount of approximately $14,400.

17. WAV, Inc. v. GigaBeam Corporation. Circuit Court of Cook County, Illinois, No. 2009 L 006886. Claim in the amount of approximately $74,160, arising from alleged breach of contract resulting from GigaBeam's failure to repurchase certain inventory following the termination of a Distribution Agreement, dated January 22, 2008.

*Threatened Litigation and Proceedings*

The following parties have asserted claims for amounts due to them by GigaBeam Corporation:

- Collection Notices, dated February 18, 2009 and February 23, 2009, respectively, from Nationwide Recovery Systems regarding account in default with AT&T Mobility. Claim in the amount of approximately $40,768.

795908-4

- Collection Letter, dated March 6, 2009, from Coface Collections North America, Inc. regarding account in default with Business Wire, Inc. Claim in the amount of approximately $13,009.
- California State Board of Equalization Response Letter to Installment Payment Agreement Request, dated June 10, 2009. Claim in the amount of approximately $18,961.
- Letter, dated February 12, 2009, from Cable Connections, Inc. Claim in the amount of approximately $3,293.
- Letter, dated April 8, 2009, from Cable Partners. Claim in the amount of approximately $14,167.
- Collection Notice, dated February 12, 2009, from Dynamic Recovery Services, Inc. regarding account in default with CIT Technology. Claim in the amount of approximately $31,160.
- CSC. Claim in the amount of approximately $3,622.
- Collection Notice, dated March 3, 2009 from Receivable Management Services regarding account in default with Dell Financial Services. Claim in the amount of approximately $6,764.
- Collection Letter, dated June 16, 2009 from I. C. System, Inc. Claim in the amount of approximately $6,525.
- Correspondence, dated January 31, 2007 from Japan Ventures. Claim in the amount of approximately $7,000
- Louis S. Slaughter. Claim in the amount of approximately $2,500.
- Microwave Satellite Technologies, Inc. Claim amount unknown.
- Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. Claim in the amount of approximately $48,850.
- NASDAQ. Claim in the amount of approximately $8,000.
- National City Commercial Capital. Claim in the amount of approximately $3,093.
- Collection Letter, dated March 2, 2009, from West Asset Management regarding balance due to New York State Dept of Taxation and Finance. Claim in the amount of approximately $11,299.
- Letter, dated March 2, 2009, from Linebarger Goggan Blair & Sampson regarding balance due to Pennsylvania Department of Revenue. Claim in the amount of approximately $322.
- RG Securities. Claim in the amount of $225,000.
- Letter, dated June 2, 2009 from Michael Kaszubski, Esq. regarding account in default with Tecdia, Inc. Claim in the amount of approximately $23,554.
- Collection Letter, dated March 28, 2009 from Transworld Systems regarding an account in default with Techtarget. Claim in the amount of approximately $13,000.
- Letter, dated May 19, 2009 from the Law Offices of Mark. J Muffoletto L.P. regarding account in default with Tessco Incorporated. Claim in the amount of approximately $8,302.

- Collection Letter, dated June 16, 2009 from I. C. System, Inc. regarding account in default with The Burdette Smith Group. Claim in the amount of approximately $6,525.
- Volt. Claim in the amount of approximately $4,000.
- Wells Fargo. Claim in the amount of approximately $7,500.

<u>Litigation and Proceedings with Respect to Acquired Assets</u>

None.

## Schedule 4.16

## Customers and Suppliers

### Top 20 2008 Customer Orders and 2009 Follow-on Orders

| Customer Name | Dollar Volume of Sales | |
|---|---|---|
| | 2008 | 2009 to date |
| BDS - MOI Qatar | $ 981,000 | $ 89,000 |
| Atlantis Datacom | 441,000 | 209,000 |
| MetroBeam (Kulacom) | 397,000 | - |
| USAF | 157,000 | 43,000 |
| Selcoms | 130,000 | 41,000 |
| FWA Solutions | 145,000 | - |
| Maryland Procurement Office | 150,000 | - |
| Ait Partnership | 112,000 | - |
| Gesto Communications | 20,000 | 87,000 |
| ACG | 78,000 | - |
| 1Velocity | 60,000 | - |
| Indyne | 42,000 | - |
| Integrated Holdings | 21,000 | - |
| THQ | 12,000 | - |
| The Digital Hub | 25,000 | - |
| St Lukes Hospital | 42,000 | - |
| SC Alienstation | 24,000 | - |
| Netcons | 83,000 | - |
| Ministry of Interior: Bahrain | 45,000 | 23,000 |
| Abacus | - | 32,000 |
| | $ 2,965,000 | $524,000 |

### Top 20 Critical Vendors

| Vendor Name | Dollar Volume of Purchases | |
|---|---|---|
| | 2008 | 2009 to date |
| Premier | $ 25,000 | $ 23,000 |
| Nexlogic | 54,000 | 33,000 |
| Hittite | - | 1,000 |
| Virginia Diode | - | - |
| Computnetics | - | - |
| Epoxy Tech | - | - |
| Ablestik | 1,000 | - |
| ATP | - | - |
| Rosenberger Of North America | - | - |
| Triquint Semiconductor Texas | - | - |

795908-4

| | | |
|---|---|---|
| Mimix Broadband Inc | - | - |
| 3GMetalworx, Inc. | - | - |
| Tyco | - | - |
| Samtec | - | - |
| Air Products/National Welders | 4,000 | 3,000 |
| Siemon | - | - |
| H Brauning Company | 15,000 | - |
| K&L Microwave | - | - |
| Evenstar | - | - |
| Wolfs Precision Works Inc | - | - |
| | $ 99,000 | $ 60,000 |

## Schedule 4.17

## Taxes

**Taxes Due and Payable**

| TAXING AUTHORITY | TYPE OF TAX | DATE DUE | AMOUNT |
|---|---|---|---|
| Commonwealth of Massachusetts | Payroll | Past Due | $ 731.00 |
| Comptroller of Maryland | Sales Tax | Past Due | 151.90 |
| Division of Unemployment Assistance | Payroll | Past Due | 428.64 |
| Employment Development Department | Payroll | Past Due | 2,497.96 |
| Employment Security Commission of North Carolina | Payroll | Past Due | 2,520.48 |
| Franchise Tax Board, State of California | Franchise | Past Due | 800.00 |
| Internal Revenue Service | Payroll | Past Due | 8,881.84 |
| Massachusetts Department of Revenue | Payroll | Past Due | 840.79 |
| North Carolina Department of Revenue | Payroll | Past Due | 1,702.50 |
| New Jersey - CBT | Corporate | Past Due | 1,170.74 |
| New Jersey NJ-927 | Payroll | Past Due | 822.45 |
| State of New Jersey | Payroll | Past Due | 706.69 |
| New York State Corporation Tax | Corporate | Past Due | 425.00 |
| New York State Dept of Taxation and Finance | Sales Tax / | Past Due | 9,501.03 |
| New York State Unemployment | Payroll | Past Due | 1,214.31 |
| Secretary of State | Payroll | Past Due | 50.00 |
| Tax Collector, Santa Clara County | Property Tax | Past Due | 4,714.92 |
| State of Texas | Excise | Past Due | 1,457.40 |
| Virginia Department of Taxation | Payroll | Past Due | 6.70 |
| Virginia Employment Commission | Payroll | Past Due | 613.78 |
| Virginia State Treasurer | Payroll | Past Due | 1,700.00 |
| Internal Revenue Service | Payroll | Past Due | 300,352.29 |
| California Employee Development Department | Payroll | Past Due | 18,370.20 |
| North Carolina Department of Revenue | Payroll | Past Due | 37,081.00 |
| New Jersey Department of Revenue | Payroll | Past Due | 1,600.51 |
| Ohio Department of Taxation | Payroll | Past Due | 604.00 |
| Virginia Department of Taxation | Payroll | Past Due | 4,373.83 |

GigaBeam has not filed its 2008 Tax Returns (Federal and States). While there will be no income subject to tax, there will be immaterial amounts associated with Annual Report Fees and Franchise taxes.

**Exhibit C**

# BILL OF SALE

KNOW ALL MEN BY THESE PRESENTS, that GIGABEAM CORPORATION, a Delaware corporation (the "Seller,"), pursuant to the terms of that certain Asset Purchase Agreement dated as of September 2, 2009 by and between MIDSUMMER INVESTMENT, LTD., a Bermuda company (individually and as Agent, and together with its successors, assigns and/or designees, collectively, the "Purchaser") and the Seller (as amended, restated, supplemented or otherwise modified from time to time, the "Purchase Agreement") and the Assignment and Assumption Agreement dated as of the date hereof by and among the Seller and the Purchaser (together with any other assignment and assumption agreements entered into in connection with the transactions contemplated under the Purchase Agreement, the "Assumption Agreements"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does sell, convey, assign, transfer and deliver to the Purchaser and the Purchaser thereby purchases and accepts delivery from the Seller of, all right, title and interest of the Seller in and to the Acquired Assets, free and clear of all pledges, security interests, Liens, Claims, Interests or other Encumbrances, other than any Permitted Exceptions and Permitted Liens, pursuant to and to the extent provided in the Bankruptcy Sale Order. Nothing in this Bill of Sale shall transfer to Purchaser any responsibility or obligation whatsoever for any Claim, Lien, Encumbrance, Interest or any other liability or obligation of Seller of any nature whatsoever, whether presently in existence or arising hereafter, other than the Assumed Liabilities.

Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Purchase Agreement. The terms and provisions of the Purchase Agreement are incorporated herein by reference. This Bill of Sale is executed and delivered pursuant to the Purchase Agreement. This Bill of Sale shall not be deemed to defeat, limit, alter, impair, enhance or enlarge any right, obligation, claim or remedy created by the Purchase Agreement, and in the event of any conflict between the Purchase Agreement and this Bill of Sale, the Purchase Agreement shall control.

This Bill of Sale is binding on the Seller, and its successors and assigns, and will inure to the benefit of the Purchaser, and its successors and assigns.

TO HAVE AND TO HOLD all of said Acquired Assets to the Purchaser, and its successors and assigns, to their respective own use forever.

**[Signatures on Following Page]**

IN WITNESS WHEREOF, the Seller has caused this Bill of Sale to be executed as of the date hereof.

Dated: [          ], 2009

**GIGABEAM CORPORATION**

By:_____
Name:
Title:

**MIDSUMMER INVESTMENT, LTD.**

By:_____
Name:
Title:

**Exhibit D**

# ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT (this "Agreement"), dated as of [          ], 2009, is entered into by and among MIDSUMMER INVESTMENT, LTD., a Bermuda company (individually and as Agent, and together with its successors, assigns and/or designees, collectively, the "Assignee"), and GIGABEAM CORPORATION, a Delaware corporation (the "Assignor"). Capitalized terms not otherwise defined herein, shall have the meaning ascribed to them in the Purchase Agreement (as defined below).

## WITNESSETH:

WHEREAS, on September 2, 2009, the Assignor filed a voluntary petition for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

WHEREAS, the Assignee and Assignor have entered into that certain Asset Purchase Agreement, dated as of September 2, 2009 (as amended, restated, supplemented or otherwise modified from time to time, the "Purchase Agreement"), whereby the Assignor agreed to transfer to the Assignee, and the Assignee has agreed to assume from the Assignor, all of the Assigned Contracts pursuant to the terms and conditions thereof; and

WHEREAS, an order of the Bankruptcy Court approving such assignment of the Assigned Contracts and the assumption by Assignee of the obligations and responsibilities thereunder has been entered on the Bankruptcy Court's docket.

NOW THEREFORE, pursuant to the Purchase Agreement, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1.    Assignment. On the terms and subject to the conditions set forth in the Purchase Agreement, Assignor hereby sells, conveys, transfers, assigns and delivers to Assignee, and its successors and assigns, all right, title and interest of all Assignor in and to the Assigned Contracts free and clear of all pledges, security interests, Liens, Claims, Interests or other Encumbrances, other than any Permitted Exceptions and Permitted Liens.

2.    Assumption of Assumed Liabilities. On the terms and subject to the conditions set forth in the Purchase Agreement, Assignee hereby assumes and agrees to discharge or perform when due in accordance with its respective terms and subject to the respective conditions thereof, the Assumed Liabilities. Other than the Assumed Liabilities, Assignee has not assumed any liability of any nature or kind whatsoever of Assignor.

3.    Assignment Pursuant to Purchase Agreement. This Agreement is executed and delivered pursuant to the Purchase Agreement. This Agreement shall not be deemed to defeat, limit, alter, impair, enhance or enlarge any right, obligation, claim or remedy created by the

Purchase Agreement, and in the event of any conflict between the Purchase Agreement and this Agreement, the Purchase Agreement shall control.

4.    Binding on Successors; No Third Party Beneficiaries. This Agreement shall be binding upon and inure to the benefit of the parties hereto, their successors in interest and permitted assigns. This Agreement is not intended to confer any rights or remedies upon any Person other than the parties hereto

5.    Amendment. This Agreement can be amended, supplemented or changed, and any provision hereof can be waived, only by a written instrument making specific reference to this Agreement signed by both parties or, in the case of a waiver, by the party against whom enforcement of such waiver is sought.

6.    Governing Law. This Agreement shall be construed and interpreted according to the internal laws of the State of New York, excluding any choice of law rules that may direct the application of the laws of another jurisdiction.

7.    Counterparts. This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but shall constitute one and the same instrument. Facsimile and electronic signatures (i.e., PDF) to this Agreement shall be valid.

[Remainder of Page Intentionally Left Blank; Signatures Follow]

**IN WITNESS WHEREOF,** the Assignor and the Assignee have caused this Agreement to be duly executed by their respective authorized officers as of the day and year first above written.

**ASSIGNEE:**

MIDSUMMER INVESTMENT, LTD

By: _____
      Name:
      Title:


**ASSIGNOR:**

GIGABEAM CORPORATION

By: _____
      Name:
      Title: